UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TERRANCE MALLETT, deceased, by and through JENNE MALLETT-ESTEVES, as successor-in-interest; and as guardian ad litem for TERANE MALLETT, a minor, and TERANE MALLETT, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:06-cv-2738-MCE-GGH<br><br><br><br>ORDER |

This is an a action for alleged constitutional torts predicated on the Eighth Amendment of the United States Constitution, as well as the alleged wrongful death of Plaintiffs' decedent, Terrance Mallett, pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-2820. According to the Complaint, Terrance Mallett died while a federal prisoner at the United States Prison located in Atwater, California.

1

1  (Compl., ¶ 1).  Plaintiffs allege that venue is proper because
2  the acts and omissions alleged occurred in the County of Merced,
3  within the geographic boundaries of the Eastern District of
4  California.  (Id. at ¶ 3).
5       Merced County is part of the Fresno Division of the United
6  States Court for the Eastern District of California.  See Local
7  Rule 3-120(d).
8       Pursuant to Local Rule 3-120(f), any civil action which has
9  not been commenced in the proper court may, on the court's own
10 motion, be transferred to the proper court.  Therefore this
11 action will be transferred to the Fresno Division of the court.
12      IT IS SO ORDERED.

14 DATED: December 21, 2006

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

2